In the United States District Court
For The Eastern District of Pennsylvania

Kenyatta White, Jr,
    Plaintiff,

v.

C.O Gibbson,
Warden Michelle Farrell,
Deputy Warden (of PICC) John Doe,
Lt. Golden Devoe,
Sgt. Leka,
Cert Officer Rountree,
    Defendants

Civil Action No. 21-CV-2688

## Supplemental Complaint

Plaintiff, Kenyatta White, Jr, moves for this court to allow him to proceed and add the above defendants to the active claim due to retaliation against Plaintiff.

    I. Defendants

1. Defendant, Warden Michelle Farrell, is the highest ranked official at PICC 8301 State Rd. Philadelphia, PA 19136. Warden Farrell is the person in charge of the safety and welfare of every inmate at (PICC).

2. Defendant, Deputy warden "John Doe" is an administration official at PICC 8301 State Rd. Philadelphia PA 19136. The Deputy warden duty is to enforce all rules, and to follow all duties and orders given to him by the warden.

3. Defendant, Lt. Golden Devoe is a supervisior officer for the securety team of PICC 8301 State Rd. Philadelphia PA 19136. Her duty is to make sure the inmates are safe and given all the things they are entittled to.

4. Defendant, Sgt. Leka is a supervisior officer for the securety team of PICC 8301 State Rd. Philadelphia PA 19136. His duties are to ensure all inmates are receiving out of cell time, medication, and that all inmates are safe and all PICC officers are doing their job.

5. Defendant, cert team officer Roundtree is a correctional officer at PICC 8301 State Rd, Philadelphia Pa 19136. Her duty is to ensure safety of inmates and correctional officers.

## II. Facts of Supplemental Complaint:

A) On or about October 11, 2021 at approximately 9:45am Officer Gibbson was assigned to unit J at PICC, In which Plaintiff had been locked in his cell for 10 days with no out of cell time, when Officer Gibbson was feeding inmates Plaintiff asked could he please come out to shower and call his lawyer and family so he could contact his alibi and character witnesses before trial. Officer Gibbson stated "NO" The warden told me you are not aloud to come out of that cell because you are a "snitch" and until you drop the civil suit you will remain locked in and stuck on the R.H.U.

B) At approximately 11:30am a cell on the top tier on unit J toilet was broke and caused for the entire unit to be flooded with sewage water in which fecal matter could be seen floating in the water. This water entered Plaintiff's cell and destroyed all of his property. Shift changed at 3:00pm to start the 3 to 11 shift and the block including Plaintiff's cell was still full of sewage water in which Officer Gibbson denied Plaintiff access to clean his cell, he denied Plaintiff his commissary, and he denied Plaintiff the right to out of cell time and access to his attorney based on retaliation from the warden michelle farrell.

C) At approximately between 4:15 - 5:45 Sgt. Leka, Cert team officer Roundtree, C.O Gibbson and Lt. Golden Devoe came on to the unit to see what was the issues and why a few inmates including Plaintiff was holding their food slots open when Sgt. Leka which is the unknown Sgt. who the warden sent to my cell and to harrash me In the A/C along with C.O Rahdad. Sgt. Leka, Cert team officer Roundtree, and C.O Gibbson all came to Plaintiff's cell and Sgt. Leka stated "Look at this snitch", close your fucking slot now or I will spray you then take you to the back to beat your fucking ass" Plaintiff said all I want is the broom to clean my cell it's sewage water with urine and fecal matter in my cell, Sgt. Leka said you got five seconds and told C.O Roundtree to spray me In which Sgt. Leka and Roundtree both sprayed me with two types of mase through the food slot. Plaintiff was sprayed In his face, on his penis, and his neck and then Sgt. Leka slammed the food slot shut and yelled for C.O Gibbson to open the door after the mase activates.

D) Lt. Golden Devoe came onto unit J and yelled saying leave that mother fucking in his cell and don't take him to medical for ~~decontam~~ decontamination. Lt. Golden Devoe Denied Plaintiff medical attention and left Plaintiff in his cell for 4 days with sewage water, and mase on his body and all in his cell, Plaintiff's face, and body was burning for 4 days due to him being locked in his cell for 4 days after he was mased, Plaintiff feared for his safety due to the threat about Sgt. Leka saying he gonna beat Plaintiff's ass.

E.) On October 12, 2021 at approximately between 7:00am and 12:45pm C.O Johnson came to Plaintiff's cell and tried to slide his food under the door while the unit and Plaintiff's cell was flooded with sewage water that contained fecal matter. Plaintiff told Johnson could you please give me my food like a human, C.O Johnson stated I am only doing what the warden tells me to do I am not opening your food slot or your door and C.O Johnson pushed Plaintiff's food under the door in the ~~Sgt~~ sewage water. Plaintiff still remained locked in with mase on his body and sewage water in his cell.

F.) On October 13, 2021 at approximately between 7:00am to 3:45pm Deputy warden John Doe came onto unit J do to a code red (Fire) and him along with Officer Gibbson, Officer Rahdad, Lt. Golden Devoe, Sgt. Leka, and Cert Officer Rountree, all ran on the unit and started spraying mase and a fire exstinguisher at Plaintiff. Plaintiff was sprayed again by Sgt. Leka and Deputy warden John Doe with mase and a fire exstinguisher due to Plaintiff breaking out his cell window. The Deputy warden John Doe ordered Officer Rahdad to open Plaintiff's door in which atleast 6 officers ran in Plaintiff's cell and beat him with their night sticks and mased him and denied him medical attention, after they beat Plaintiff the Deputy warden John Doe stated drop the civil suit or you will continue to get your ass beat everyday and you will never get out of the RHU. Plaintiff was then moved from unit J to unit E which is another RHU and has been locked in his cell for a total of 2 weeks. Plaintiff avers the actions of all defendant's in this supplemental complaint are unconstitutional and purposely motivated by retailiation.

## III. Exhaustion of Legal Remedies:

6. Plaintiff, Kenyatta White, Jr used the Prisoner grievance Procedure available at PICC 8301 State Rd. Philadelphia, PA 19136, to try and solve the problem the a/c and supplemental complaint is based on. On October 17, 2021 Plaintiff Kenyatta White, Jr presented the facts relating to both complaints. At PICC the warden and Deputy warden doe's not answer any grievance and when you continue to try to file any type of paper work to administration no one answers back they are purposely neglected the inmates rights to file complaints against staff.

## V. Legal Claims

Plaintiff hereby reallege and incorporate by reference Paragraphs A-F In the section of Facts.

7) In this supplemental complaint Plaintiff Avers that he has been subjected to retailiation, cruel and unusual Punishment, lack of out of cell time, lack of due process for Disiciplinary hearings, unreasonable force by staff, and lack of access to courts, Law libary and Attorneys.

8. Plaintiff's 8th amendment and 14th amendment to the united States Constitution has and will continue to be violated due to retailiation from warden michelle Favrell's staff at PICC.

9. The Plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of all the defendant's unless this court grant the declaratory and compensatory damages relief which Plaintiff seeks.

V. Prayer For Relief.

Wherefore, Plaintiff respectfully prays that this court enter judgement granting Plaintiff:

10. A declaration that the acts and omissions described herein violated plaintiffs rights under the constitution and laws of the united States.

11. Compensatory damages in the amount of $250,000. against each defendant, Jointly and severally Official and Individual capacity. For the assualt on plaintiff, being sprayed with mase and being locked in his cell for weeks with sewage water and mase in his cell which is torture.

12. Punitive damages in the amount of $100,000. against each defendant for the retaliation and torture by staff at PICC.

13. A jury trial on all issues triable by jury.

14. Plaintiff's cost in this suit.

15. and any additional relief this court deems just, proper, and equitable.

Kenyatta Tullita Esr.
PICC 8301 State Rd.
Philadelphia, PA 19136

10/29/21

Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, I certify under penalty of perjury that the foregoing is true and correct.

Executed at PICC 8301 State Rd, Philadelphia PA 19136.



Kenyatta White Jr.
1037217
PICC 8301 State Rd.
Philadelphia PA 19136

United States District Court
601 Market Street
Clerk of Court, Rm 2609
Philadelphia PA 19106

RECEIVED NOV - 8 2021