IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENYATTA WHITE, JR., :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>CITY OF PHILADELPHIA, *et al.*, :<br>:<br>Defendants. :<br>: | Civil Action<br>No. 21-CV-2688 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER
COMPELLING DISCOVERY**

Defendants, Warden Michele Farrell,[1] Correctional Lieutenant Sheneka Golden-Deveaux,[2] Correctional Sergeant Jay Leca,[3] and Correctional Officer Shaniqua Roundtree (together, "Defendants"), by and through their undersigned counsel, submit this response to Plaintiff's Motion for an Order Compelling Discovery (the "Motion to Compel") (Doc. No. 36).

An order as requested by the Motion to Compel is not necessary. Defendants note that Plaintiff did not serve requests for discovery on Defendants prior to the filing of the Motion to Compel. Rather, the first notice of Plaintiff's requests for discovery as referenced in the Motion to Compel was through that filing. Notwithstanding that deficiency, Defendants have, as of this submission, served written objections and responses on Plaintiff to his discovery requests, together with documents deemed responsive and relevant to the claims as set forth in the Supplemental Complaint (Doc. No. 26), which is the operative pleading in this matter. Consequently, an order compelling discovery is not required and the Motion to Compel – itself

---

[1] Incorrectly named in the Supplemental Complaint as "Michelle Farrell."
[2] Incorrectly named in the Supplemental Complaint as "Lt. Golden Devoe."
[3] Incorrectly named in the Supplemental Complaint as "Sgt. Leka."

defective given the lack of prior service of the discovery it sought – is moot.

                                          Respectfully Submitted,

Date: October 7, 2022                        */s/ Bailey Axe*
                                          Bailey Axe
                                          Deputy City Solicitor
                                          PA Attorney I.D. 309686
                                          City of Philadelphia Law Department
                                          1515 Arch Street, 14th Floor
                                          Philadelphia, PA 19102
                                          (215) 683-5443
                                          (215) 683-5397 (fax)
                                          bailey.axe@phila.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENYATTA WHITE, JR.,** : | |
| : | |
| **Plaintiff,** : | |
| : | Civil Action |
| v. : | No. 21-CV-2688 |
| : | |
| **CITY OF PHILADELPHIA,** *et al.*, : | |
| : | |
| **Defendants.** : | |

## CERTIFICATE OF SERVICE

I, Bailey Axe, certify that I caused a true and correct copy of the foregoing response to the Motion to Compel to be served via USPS as follows:

Kenyatta White, Jr. PPN # 1037217
Philadelphia Industrial Correctional Center
8301 State Rd.
Philadelphia, PA 19136

*/s/ Bailey Axe*
Bailey Axe
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5443
(215) 683-5397 (fax)
bailey.axe@phila.gov

*Attorney for Defendants Warden Michele Farrell, Correctional Lieutenant Sheneka Golden-Deveaux, Correctional Sergeant Jay Leca, and Correctional Officer Shaniqua Roundtree*

Dated: October 7, 2022