# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KENYATTA WHITE, JR., | CIVIL ACTION NO. |
|---|---|
| v. | 21-CV-2688 |
| WARDEN MICHELLE FARRELL, et al. | |

## ORDER

**AND NOW**, this 21st day of October, 2022, upon consideration of Plaintiff's Motion for an Order Compelling Discovery (Doc. No. 36), and Defendants' Response thereto (Doc. No. 38), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED** for reasons stated in Defendants' Response.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 21\21-2688 White v. City of Philadelphia et al\21cv2688 Order Denying Motion for Order to Compel Discovery.docx