IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KENYATTA WHITE, JR., v. WARDEN MICHELLE FARRELL, et al. | CIVIL ACTION NO. 21-cv-2688 |
|---|---|

## ORDER

**AND NOW**, this 10th day of March, 2023, upon consideration of *pro se* Plaintiff's Unopposed Motion Requesting an Extension for Filing Pretrial Memorandum (ECF 41), is it hereby **ORDERED** the Motion is **GRANTED** as follows:

1. Plaintiff's pretrial memorandum: May 15, 2023.
2. Defendants' pretrial memorandum: May 29, 2023.
3. Trial pool date: June 15, 2023.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
MICHAEL M. BAYLSON, U.S.D.J.